**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KARI WARREN, individually and on behalf
of all others similarly situated,

                          Plaintiff,

         -against-                                    22 **CIVIL** 6907 (CS)

                                                          **<u>JUDGMENT</u>**

THE COCA-COLA COMPANY,

                        Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated April 21, 2023, Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       April 24, 2023

                                                             **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                           **BY:**     *K. Mango*

                                                               **Deputy Clerk**